```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 08524
    SALLY SOUTHERN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-1742

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/09/2005 and was confirmed 04/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  44.61% from remaining funds.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------
                                                     INTEREST      PRINCIPAL
CREDITOR NAME             CLASS      CLAIM AMOUNT      PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED         8875.00       766.19       8875.00
AMERICREDIT FINANCIAL SV UNSECURED       2281.95          .00       1017.93
ECAST SETTLEMENT CORP    UNSECURED       1898.26          .00        846.78
CAPITAL ONE BANK         UNSECURED     NOT FILED          .00           .00
RESURGENT ACQUISITION LL UNSECURED        299.43          .00        133.57
ECAST SETTLEMENT CORP    UNSECURED OTH 12530.49           .00       5589.48
SEARS ROEBUCK & CO       UNSECURED     NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC UNSECURED       1852.51          .00        826.37
PETER FRANCIS GERACI     DEBTOR ATTY    1,600.00                   1,600.00
TOM VAUGHN               TRUSTEE                                   1,244.68
DEBTOR REFUND            REFUND                                      475.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            21,375.00

PRIORITY                                         .00
SECURED                                     8,875.00
    INTEREST                                  766.19
UNSECURED                                   8,414.13
ADMINISTRATIVE                              1,600.00
TRUSTEE COMPENSATION                        1,244.68
DEBTOR REFUND                                 475.00
                  -------------          -------------
TOTALS             21,375.00                21,375.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 08524 SALLY SOUTHERN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |

PAGE  2
CASE NO. 05 B 08524 SALLY SOUTHERN